**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Laura J. Marabito, SBN 232381
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Stewart Katz, SBN 127425
LAW OFFICE OF STEWART KATZ
555 University Ave., Suite 270
Sacramento, CA 95825
TEL: 916.927.5678
FAX: 916.444.3364

Charles Bauer, SBN 124163
LAW OFFICE OF CHARLES BAUER
1007 7th Street, Ste 500
Sacramento, CA 95814
TEL: 916.443.0529
FAX: 916.443.1511

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF JOHN MCGINNESS, SACRAMENTO COUNTY MAIN JAIL COMMANDER SCOTT JONES AND SACRAMENTO COUNTY MAIN JAIL COMMANDER MARK IWASA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNETTE ARELLANO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAULA WOOD; COUNTY OF SACRAMENTO; CLEMENT TANG; Sacramento County Sheriff JOHN MCGINNESS; Sacramento County Main Jail Commander SCOTT JONES; Sacramento County Main Jail Commander MARK IWASA; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO.  2:08-CV-01509-FCD-KJM<br><br>**STIPULATION AND ORDER REGARDING STAY OF ACTION PENDING MEDIATION** |

/ / / /

1

Plaintiff ANNETTE ARELLANO and Defendants COUNTY OF SACRAMENTO and PAULA WOOD, by and through their counsel of record, stipulate as follows:

1. The parties to this action that have appeared in the case have commenced the process for compliance with F.R.C.P. 26 initial disclosures and preparation of a joint status report. Recently, they reached an agreement to engage in mediation in order to resolve the case in its entirety, if possible. In order to allow the parties to concentrate their time and financial resources on resolving the case at mediation, they request an order from the Court staying this action for a period of sixty (60) days. The parties believe they have sufficient information to engage in a meaningful mediation due to investigations and other court proceedings relating to the events forming the basis of the litigation, which took place prior to the filing of the suit.

2. In the event the case does not resolve as the result of the mediation, the parties will immediately notify the Court of that development and will file a Joint Status Report within ten (10) days of that notification.

Dated: December 4, 2008        PORTER SCOTT
                               A PROFESSIONAL CORPORATION


                               By  /s/ Laura J. Marabito
                                   Nancy J. Sheehan
                                   Laura J. Marabito
                                   Attorneys for Defendants
                                   COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF JOHN MCGINNESS, SACRAMENTO COUNTY MAIN JAIL COMMANDER SCOTT JONES AND SACRAMENTO COUNTY MAIN JAIL COMMANDER MARK IWASA


Dated: December 4, 2008        LAW OFFICE OF STEWART KATZ

         By   /s/ Stewart Katz as authorized on 11/4/2008
           Stewart Katz
           Attorney for Plaintiff
           ANNETTE ARELLANO

Dated: December 4, 2008    LAW OFFICE OF CHARLES BAUER

         By   /s/ Charles Bauer as authorized on 11/6/2008
           Charles Bauer
           Attorney for Defendant
           PAULA WOOD

## ORDER

Good cause appearing, this matter is stayed for sixty (60) days pending mediation. In the event the case does not resolve as the result of the mediation, the parties will immediately notify the Court of that development and will file a new Joint Status Report within ten (10) days of that notification.

**IT IS SO ORDERED.**

Dated: December 5, 2008         _____
                  FRANK C. DAMRELL, JR.
                  UNITED STATES DISTRICT JUDGE