**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678
Attorney for Plaintiff ANNETTE ARELLANO

**PORTER | SCOTT**
Nancy J. Sheehan, SBN 109419
Colleen R. Tang, SBN 257661
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Attorneys for Defendants COUNTY OF SACRAMENTO, JOHN MCGINNESS, SCOTT JONES and MARK IWASA

CHARLES E. BAUER, SBN 124163
**LAW OFFICE OF CHARLES BAUER**
1007 7th Street, Suite 500
Sacramento, California 95814
Telephone: (916) 443-0529
Attorney for Defendant PAULA WOOD

WILLIAM J. SCHMIDT, SBN 84264
**WILLIAM SCHMIDT & ASSOCIATES**
1419 21st Street
Sacramento, California 95811
Telephone: (916) 447-2451
Attorney for Defendant CLEMENT TANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE ARELLANO,<br><br>          Plaintiff,<br><br>vs.<br><br>PAULA WOOD; COUNTY OF SACRAMENTO; CLEMENT TANG; Sacramento County Sheriff JOHN MCGINNESS; Sacramento County Main Jail Commander SCOTT JONES; Sacramento County Main Jail Commander MARK IWASA; and DOES 1 through 20, inclusive,<br><br>          Defendants. | CASE NO.  2:08-CV-01509-FCD-KJM<br><br>**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO F.R.C.P. SECTION 41(a)(1)**<br><br>Complaint Filed: 6/30/08 |

IT IS HEREBY STIPULATED AND AGREED by the parties to this action, by and through

**1**

**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO F.R.C.P. SECTION 41(a)(1)**

their undersigned counsel, as follows:

The claims for relief asserted against Defendants COUNTY OF SACRAMENTO, CLEMENT TANG, SHERIFF JOHN MCGINNESS, SCOTT JONES, and MARK IWASA shall be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each of those parties to bear their own attorney's fees and costs.

The claims for relief asserted against Defendant PAULA WOOD shall be dismissed without prejudice.

**IT IS SO STIPULATED.**

Dated: June 17, 2009                     LAW OFFICE OF STEWART KATZ


                                         By     /s/ Stewart Katz
                                                Stewart Katz
                                                Attorney for Plaintiff ANNETTE ARELLANO


Dated: June 17, 2009                     PORTER SCOTT
                                         A PROFESSIONAL CORPORATION


                                         By     /s/ Nancy J. Sheehan
                                                Nancy J. Sheehan
                                                Attorneys for Defendants COUNTY OF
                                                SACRAMENTO, Sacramento County Sheriff
                                                JOHN MCGINNESS, Sacramento County
                                                Main Jail Commander SCOTT JONES and
                                                Sacramento County Main Jail Commander
                                                MARK IWASA


Dated: June 17, 2009                     LAW OFFICE OF CHARLES BAUER


                                         By     /s/ Charles E. Bauer
                                                Charles E. Bauer
                                                Attorney for Defendant PAULA WOOD

Dated: June 17, 2009						WILLIAM SCHMIDT & ASSOCIATES


							By     /s/ William J. Schmidt
								William J. Schmidt
								Attorney for Defendant CLEMENT TANG


### ORDER

Good cause appearing, this matter is dismissed in its entirety <u>with prejudice</u> with respect to the claims asserted against Defendants COUNTY OF SACRAMENTO, CLEMENT TANG, SHERIFF JOHN MCGINNESS, SCOTT JONES, and MARK IWASA with each side to bear their own attorneys fees and costs, and <u>without prejudice</u> with respect to the claims asserted against Defendant PAULA WOOD.


**IT IS SO ORDERED.**

Dated: June 17, 2009					_____
								FRANK C. DAMRELL, JR.
								UNITED STATES DISTRICT JUDGE